EL BANCO TERRITORIAL Y AGRÍCOLA *v.* CINTRÓN.

RECURSO de queja contra resolución de la Corte de Distrito de Humacao.

No. 5.—Resuelto en Junio 17, 1904.

HIPOTECA.—JUICIO EJECUTIVO SUMARÍSIMO—DEUDOR HIPOTECARIO.—El deudor hipotecario no es parte en un procedimiento sumario establecido con arreglo á la Ley Hipotecaria y su Reglamento, pues éste no tiene el carácter de juicio contradictorio.

## EXPOSICIÓN DEL CASO.

*Resultando* que en diligencias ejecutivas sumarísimas que sigue el Banco Territorial y Agrícola establecido en esta Ciudad contra Da. Margarita y Da. Eulalia Cintrón y la Sucesión de Don Facundo del mismo apellido, sócios que fueron de Cintrón Hermanos, en cobro de un crédito por el procedimiento de la Ley Hipotecaria y de su Reglamento, la Corte de Distrito de Humacao, por auto de ocho de Mayo del año próximo pasado, se negó á admitir las apelaciones en un solo efecto, establecidas contra él auto de veinte y dos de Enero del citado año, que negó la supensión de la subasta de la finca hipotecada, y contra el auto de veinte y seis de Marzo que dispuso la adjudicación al acreedor de dicha finca.

*Resultando* que por auto de 20 de Agosto de 1903, se negó la reposición solicitada por la representación de los miembros de la extinguida Sociedad Cintrón Hermanos, del auto de 8 de Mayo del citado año, y se le facilitaron las copias testimoniadas que solicitó por otrosí del referido escrito.

*Resultando* que con dicho testimonio el Letrado Don Eduardo Acuña á nombre de la extinguida sociedad deudora, interpuso ante este Tribunal Supremo recurso de queja, con la pretensión de que se la declare con lugar y en su consecuencia que se ordenase al Tribunal de Humacao que oiga la alzada de sus representados contra el auto de 26 de Marzo del año anterior, en la forma en que la interpúsieron.

*Resultando* que para mejor proveer se agregó á este rollo certificación del auto de adjudicación de fecha 26 de Marzo del año citado.

Abogado del recurrente: *Sr. Acuña (Eduardo).*

Abogado del recurrido: *Sr. Guzman Benítez (Juan).*

Opinión del Tribunal:

*Considerando* que las resoluciones que han motivado el presente recurso de queja, no han sido dictadas en juicio contradictorio entre el Banco Territorial y Agrícola y los socios que fueron de "Cintrón Hermanos" sino en diligencias

especiales de carácter sumario, en las cuales no puede ser parte el deudor que cuenta dentro de la misma ley Hipotecaria y de su Reglamento con medios y garantías para obtener reparación de los agravios que hayan podido causársele

*Considerando* que en mérito de lo expuesto es improcedente el recurso que hoy se establece.

*Vistos* el artículo 128 de la Ley Hipotecaria y 175 de su Reglamento.

*Se declara* no haber lugar al presente recurso de queja, con las costas al recurrente; y comuníquese esta resolución al Tribunal del Distrito de Humacao para los efectos procedentes.

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.